IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETMOMENTUM LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00939-JRG |
| GAO RFID INC., | § § § | |
| *Defendant*. | § § | |

**ORDER**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff NetMomentum LLC ("Plaintiff"). (Dkt. No. 8.) In the Motion, Plaintiff voluntarily dismisses the above-captioned case against Defendant GAO RFID Inc. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.* at 1.) Defendant has not yet answered the Complaint or moved for summary judgment. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendant not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So Ordered this

Nov 13, 2025

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE